## Commonwealth *v.* Daniels, Appellant.

Submitted March 13, 1967. *Richard D. Walker,* Public Defender, for appellant; *Henry W. Rhoads,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.


## Commonwealth *v.* Finney, Appellant.

Submitted March 20, 1967. *Paige Finney,* appellant, in propria persona; *Walter M. Phillips, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.